| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ANNE DRUMMOND, §
o/b/o J.R., a minor, §
§
      Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:08-CV-279
§
MICHAEL J. ASTRUE, §
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
      Defendant. §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, affirming in part and remanding in part for reconsideration of J.R.'s disability termination date.

SIGNED at Beaumont, Texas, this 23rd day of March, 2010.

                                              MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE